Form 7C:5 Voluntary Dismissal – Order

IN THE UNITED STATES COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| 8000 DEL DONORE HOA-8000 INC. § | | |
|     Plaintiff § | | |
| § | | |
| v. § | CIVIL ACTION NO. 5:17-CV-1226 | |
| § | | |
| MID-CENTURY INSURANCE § | | |
| COMPANY; EFI GLOBAL, INC.; § | | |
| DAVID AMORI § | | |
|     Defendants § | | |

## ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

After considering the parties agreed Stipulation of Dismissal with Prejudice, the Court GRANTS the stipulation and dismisses the case with prejudice.

SIGNED on _____, 2019.

                                                                                 U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

**CALLAGY LAW, P.C.**

By: /s/ Jeffrey G. Zane  *by permission
Jeffrey G. Zane
State Bar No. 24095197
jzane@callagylaw.com
807 South Rock Street, Suite 101
Georgetown, Texas 78626
(512) 508-4693
(201) 261-1775 Facsimile

**ATTORNEYS FOR THE PLAINTIFF**

And

**DOYEN SEBESTA & POELMA, LLLP**

By: */s/ Scot G. Doyen*
Scot G. Doyen
State Bar No. 00792982
sdoyen@ds-lawyers.com
Paragon Center One
450 Gears Road Suite 350
Houston, Texas 77067
(713) 580-8900
(713) 580-8910 Facsimile

**ATTORNEY FOR DEFENDANT
MID-CENTURY INSURANCE COMPANY**